SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 683-4788
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. LEYDEN, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01902-KJD-GWF<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Plaintiff, Righthaven LLC ("Righthaven") and Defendant Thomas J. Leyden ("Mr. Leyden"; collectively with Righthaven known herein as the "Parties"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Mr. Leyden in the above-captioned matter.

/ / /

/ / /

/ / /

1

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Mr. Leyden with prejudice.

Dated this 2nd day of May, 2011.

Submitted by:

| RIGHTHAVEN LLC | THOMAS J. LEYDEN |
|---|---|
| /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 | /s/ Thomas J. Leyden<br>Thomas J. Leyden<br>3169 Turning Bridge Street<br>Las Vegas, Nevada 89145 |
| *Attorney for Plaintiff* | *Pro se Defendant* |

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this __4__ day of __May__, 2011.

2